May Term,
1858.

CAMPBELL
v.
THE STATE.

the Court. This question has already been decided. *Kaufman et al.* v. *Sampson et al.*, 9 Ind. R. 520.

The judgment is affirmed with 10 per cent. damages and costs.

*J. Brownlee* and *H. Kelly*, for the appellants.
*A. Steele* and *H. D. Thompson*, for the appellees.

---

### OSBORNE v. OSBORNE.

*Saturday,
June 19.*

---

### CAMPBELL v. THE STATE.

*Saturday,
June 19.*

APPEAL from the *Allen* Circuit Court.
*Per Curiam.*—Indictment as follows:

" *State of Indiana* v. *John Campbell.*—Indictment for larceny in the *Allen* Circuit Court, at *November* term, 1857:

" The grand jury of the county of *Allen*, in the state of *Indiana*, upon their oath, charge that on the 4th day of *November*, 1857, at said county of *Allen*, in said state of *Indiana*, feloniously did steal, take and carry away one twenty dollar gold coin, money of the *United States of America*, of the denomination and value of twenty dollars, the per-

sonal goods of one *Charles W. Waldin*, contrary to the form of the statute in such case made and provided."

May Term,
1858.

Signed, &c.

Trial, conviction, and sentence to the penitentiary. A motion in arrest was overruled.

The judgment must be reversed. The indictment does not charge any person with the commission of the larceny.

The judgment is reversed. Cause remanded to be dismissed.

*L. M. Ninde* and —— *Puckett*, for the appellant.

*S. J. Stoughton*, for the state.